# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

REYNALDO SUAZO, *et al.*,                        *

    Plaintiffs,                                  *    Civil Action No. PWG 18CV1451

v.

                                                 *    Removed from the Circuit Court for
SELECT PORTFOLIO SERVICING, INC.,                      Montgomery County,  Maryland
*et al.*,                                        *    Case No. 445666V

    Defendants.                                  *

*    *    *    *    *    *    *    *    *    *    *

### DEFENDANT U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S LOCAL RULE 103.3 DISCLOSURE

Defendant U.S. Bank Trust, N.A., solely in its capacity as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, files this Disclosure of Affiliations and Financial Interest and states:

(a)    Corporate Affiliation:

To the best of my knowledge and belief, U.S. Bancorp is the parent company of U.S. Bank Trust.  To the best of my knowledge and belief, no publicly held corporation owns 10% or more of U.S. Bancorp stock.

(b)    Financial Interest in the Outcome of the Litigation:

To the best of my knowledge and belief, U.S. Bank Trust knows of no other corporation, unincorporated association, partnership, or other business entity, not a party to this case, who may have a "financial interest whatsoever in the outcome of this litigation," as described in Local Rule 103.3(b).

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, reserves the right to supplement this Disclosure.

Dated:  May 18, 2018

Respectfully submitted,

Ava E. Lias-Booker (Fed. Bar No. 05022)
Emily M. Patterson (Fed. Bar No. 19373)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4599 (Fax)
aliasbooker@mcguirewoods.com
epatterson@mcguirewoods.com

*Counsel for Defendant U.S. Bank Trust, N.A., solely as Trustee for LSF9 Master Participation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018 a copy of the foregoing ***Defendant U.S. Bank Trust,***

***N.A., as Trustee for LSF9 Master Participation Trust's Local Rule 103.3 Disclosure*** was served

via first-class mail, postage prepaid on the following:

Phillip R. Robinson
**CONSUMER LAW CENTER, LLC**
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
301-448-1304

***Counsel for Plaintiffs***

John A. Nader
**MCGLINCHEY STAFFORD, PLLC**
1275 Pennsylvania Avenue, N.W.
Suite 420
Washington, D.C. 20004
202-802-9952
202-318-1084 (Fax)
jnader@mcglinchey.com

***Counsel for Defendant Select Portfolio Servicing, Inc.***

_____
Emily M. Patterson

3